Henry Humphries. Respondent, v. Solomon S. Alexander, Appellant.— Order modified so as to allow the attachment to be amended so that

FOURTH DEPARTMENT, FEBRUARY TERM, 1890.

it may stand for $116.85 debt and costs, and as modified affirmed, without costs to either party of the appeal.